In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the UNION MUTUAL CASUALTY INSURANCE CORPORATION. UNITED THRIFT

PLAN, Claimant.— Motion for leave to appeal to the Court of Appeals or for reargument, and for a stay denied, with ten dollars costs. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.